UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BENJAMIN VALDES, individually and on behalf of all others similarly situated,

                Plaintiff,

     -against-

METROPOLITAN TRANSPORTATION AUTHORITY and NEW YORK CITY TRANSIT AUTHORITY,

               Defendants.
------------------------------------------------------------X

20-CV-1771 (KAM)(SJB)

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between the parties that the claims of Plaintiff BENJAMIN VALDES in this action are dismissed without prejudice and without any costs, fees, or disbursements assessed against any party. This stipulated dismissal is <u>not</u> made because of a settlement entered into by the Parties. It is further stipulated and agreed that scanned and e-mailed signatures for the purpose of this Stipulation only shall constitute originals.

Dated: Massapequa, New York
       September 21, 2020

_____
Keith E. Williams, Esq.
Neil H. Greenberg & Associates, P.C.
*Attorneys for Plaintiff*
4242 Merrick Road
Massapequa, New York 11758
Tel: 516.228.5100
keith@nhglaw.com

Dated: New York, New York
       September 21, 2020

S/Douglas J. Klein
Douglas J. Klein, Esq.
Jackson Lewis P.C.
*Attorneys for Defendants*
666 Third Avenue, 29th Floor
New York, NY 10017
Tel: 212.545.4020
douglas.klein@jacksonlewis.com

**SO ORDERED:**    Kiyo A. Matsumoto, USDJ
                        **U.S.D.J.**

Date:  9/22/20

4847-6300-7692, v. 1